# SUPREME COURT OF THE STATE OF HAWAI'I

## BOARD OF EXAMINERS



FILED
2010 OCT -5 PM 3: 51

### In the Matter of the
### JULY 2010 EXAMINATION FOR ADMISSION
### TO THE BAR OF THE STATE OF HAWAI'I

### NOTICE OF PASSING THE HAWAI'I BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the July 2010 Hawai'i examination for admission to the Bar of the State of Hawai'i, as required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai'i (RSCH):

| | |
|---|---|
| Travis Michael Agustin | Jacob George Delaplane |
| Michael Francis Albanese | Joni Christine Domingues |
| Jennifer Ann Allen | Alicia Joy Barnes Duffin |
| Dane Kristofer Anderson | Robert Matthew Egermayer |
| Kei Mari Ashizawa | Dawn Aki Egusa |
| Samuel Shang-Yi August | Natalie Claire Evans |
| Jared Kamakakulani Auna | Robert Craig Ewing |
| Bronson Avila | Max Curry Farris |
| Michelle Jeannette Bento | Melissa Anne Farris |
| Mark Lionel Edward Bradbury | Stephen W Fisher |
| Eyke Leinani BrathHurdman | Benjamin James Fisher |
| Andriani Buck | Marisha Amber Gabrysiak |
| Seth Thomas Buckley | Meghan Kay Gentile |
| Andrew Robert Carl | Malia Gibson |
| Sarah Thompson Casken | Noah Hoebreckx Gibson |
| Stephanie Marie Chen | Andrew David Goff |
| Jocelyn Halbert Win Chien Chong | Steven Gray |
| Bradford Kaimana Bing Tim Chun | Rebecca Alice Grigsby |
| Douglass Van Zandt Cole | Kristen Jennifer Gruber |
| Patricia Lynn Cookson | Kelsi Kimi Guerra |
| David Dana Day | Diane Charlene Haar |

[7/2010]

Loren Elwood Haugen, Jr.
Shae Aisha Hill
Lahela Hiapolaʻelae Farrington Hite
Allison Renee Imber
Daniel Kenneth Jacob
Jamila Eshe Jarmon
Lisa Kathleen Johnson
Jon Wayne Robert Jordan
Mark Jeremy Kaetsu
Peter Kevin Keegan
Jeffrey Scott Kessinger
Rosalie Euna Kim
Danielle Kuuipo Kiyabu
David Keith Kauila Kopper
Adam Greg Lang
Lyle Tetsuo Leonard
John Love
Alden Wah Leung Lum
Sean Michael Lyons
Jacob Laurence Matson
Tyler Pierson McNish
Shannon David Mears
Maria Shrieeen Kalaiakea Mehr
Kyle Montague Meisner
Robert Saburo Miyashita
Sarah Maged Mostafa-Ray
Clement Yow Mulalap
Justin Murakami
Garin Tadashi Muranaka
Tara Lee Murphy
Kanae Nakamura
Trisha Loui Nishimoto
Jamie Yukiko Nomura
Andrew George Odell
Monica Ojeda
Shimpei Oki
Christopher Pan
Evalani Anne Udasco Pandaraoan
Alana Peacott-Ricardos

Sonia Mohan Phanse
Gemma-Rose Poland
Erin Geraldine Ritz
Caleb Patrick Rowe
David Kazuyoshi Sakoda
Colin Brice Sakumoto
Sinclair Salas-Ferguson
Sari Christine Kahokulani Sanchez
Chasid Mila Sapolu
Michael James Scanlon
Marcus Steinmetz Sedwick
Daniel Mark Seltzer
David Edward Shein
Erin Kimie Shimoda
Scott Keala Daezoo Shishido
Claudia Beryl Shockley
Jesse John Thomas Smith
Pamela Merle Stahl
Aaron Mason Stewart
Anthony Francis Toshiyuki Suetsugu
Jessica Erin Harumi Taba
Chase Tomonari Tajima
Sheri Jean Tanaka
Andrew Radius Tellio
Courtney Meghan Thom
Angela Anchi Tokuda
Emelita Ruiz Tongson-Prenton
Mary Beth Treanor
David Matthew Van Acker
Anthony Brian Vigil
Jennifer Ann Walker
Joseph Anthony Weismantel
Amanda Jean Wilhelm
Kristen Ayako Yamamoto
Warren Koji Yamamoto
Elena Kauʻi Yamane
Jacy Leinaʻala Youn
Jessica Renee Zubiate-Beauchamp

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of Hawai'i, that applicant may not engage in the practice of law in this jurisdiction.

DATED: Honolulu, Hawai'i, October 5, 2010.

BOARD OF EXAMINERS:

By: _____

Naomi Komenaka
Its Secretary

[7/2010]